Apr 5, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60082-CR-ZLOCH/HUNT

18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 1957(a)
18 U.S.C. § 982
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOSE GERARDO MARTINEZ,

              Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 22, 2013, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**JOSE GERARDO MARTINEZ,**

did knowingly conduct a financial transaction affecting interstate and foreign commerce, involving the proceeds of specific unlawful activity, with the intent to promote the carrying on of a specified unlawful activity; in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

It is further alleged that the specified unlawful activity is the manufacture, importation, sale, or distribution of a controlled substance, punishable under the laws of the United States, Colombia, Ecuador, Guatemala and Honduras.

## COUNT 2

On or about August 22, 2013, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**JOSE GERARDO MARTINEZ,**

did knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of U.S. currency, such property having been derived from a specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is the manufacture, importation, sale, or distribution of a controlled substance, punishable under the laws of the United States, Colombia, Ecuador, Guatemala and Honduras.

## CRIMINAL FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOSE GERARDO MARTINEZ,** has an interest.

2.      Upon conviction of either of the violations alleged in Counts 1 and 2 of this Indictment, the defendant, **JOSE GERARDO MARTINEZ,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all right, title and interest in any property real or personal involved in such offense or any property traceable to such property.

All pursuant to Title 21, United States Code, Section 853(a) and Title 18, United States Code, Section 982(a)(1) and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANDY R. CAMACHO
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. _____

vs.

**JOSE GERARDO MARTINEZ,**       **CERTIFICATE OF TRIAL ATTORNEY*** 

    **Defendant.**
_____/      **Superseding Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|
| ___ Miami | ___ Key West | Number of New Defendants | _____ |
| _X_ FTL | ___ WPB ___ FTP | Total number of counts | _____ |

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   **No**
   List language and/or dialect   _____

4. This case will take   **3-4**   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the   District of _____

   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

                                         _____
                                         ANDY R. CAMACHO
                                         ASSISTANT UNITED STATES ATTORNEY
                                         Court No. A5501807

*Penalty Sheet(s) attached       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  JOSE GERARDO MARTINEZ

**Case No:** _____

Count #: 1

Laundering of Monetary Instruments

Title 18, United States Code, Section 1956(a)(1)(A)(i)

*Max. Penalty:   20 Years' Imprisonment

Count #: 2

Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

Title 18, United States Code, Section 1957(a)

*Max. Penalty: 10 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.